NOT FOR PUBLICATION

RECEIVED
APR 24 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lisa BARHAM,

        Plaintiff,

v.

AMERICAN MEDICAL LINK, INC.,

        Defendant.

Civ. No. 11-22

Memorandum Order

THOMPSON, U.S.D.J.

      This matter has come before the Court on Plaintiff Lisa Barham's motion to compel Nisar Khokhar, President of American Medical Link, Inc., Yasmin Khokhar, Vice-President of American Medical Link, Inc., and John Parmigiani, Registered Agent of American Medical Link, Inc., to comply with the information subpoenas served upon them at their last known addresses on December 14, 2011, or August 24, 2011, as applicable, which is referred to by Plaintiff as a Motion to Enforce Litigant's Rights; and it appearing that Plaintiff has registered her Foreign Judgment entered on November 5, 2010 with this Court as against Defendant American Medical Link, Inc.[docket # 1]; and it appearing that Plaintiff has represented that Judgment has been entered against "all three (3) Defendants, American Medical Link, Inc., with the President bring [sic] Nisar Khokhar, the Vice-President, being Yasmin Khokhar and the Registered Agent, John Parmiagini"; and it appearing that these individuals and the corporate entity have failed both to respond to the requested information subpoenas and to satisfy the judgment of $60,000 entered by the United States District Court for the Eastern District of Virginia; and the Court having considered the Plaintiff's unopposed motion; and for good cause shown,

IT IS on this ___ day of April, 2012,

ORDERED that Nisar Kokhar, Yasmin Kokhar, and John Parmigiani shall immediately furnish answers as required by the information subpoena or otherwise submit any opposition to the requested information within ten (10) days following the receipt of this Order; and it is further

ORDERED that any failure by the above listed individuals to comply with the information subpoena or otherwise submit opposition to same within ten (10) days following the receipt of this Order will result in the Court's issuance of an order to show cause why such individual or individuals should not be held in contempt.

_____
ANNE E. THOMPSON, U.S.D.J.